THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kenneth M. Turner,       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-041
Submitted November 19, 2003 – Filed 
 January 21, 2004

AFFIRMED

 
 
 
Chief Appellate Defender Daniel T. Stacey, of Columbia, 
 for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia, and 
 Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Kenneth M. Turner appeals his 
 convictions for common law robbery and assault and battery of a high and aggravated 
 nature arguing the trial court should have suppressed the victim’s in-court 
 identification of him.  We affirm [1] pursuant to Rule 220(b)(2), SCACR, 
 and the following authorities:  State v. Hughes, 336 S.C. 585, 591, 521 
 S.E.2d 500, 503 (1999) (holding an in limine ruling is not final and does not 
 preserve an issue for appeal); see also State v. Wannamaker, 346 
 S.C. 495, 499, 552 S.E.2d 284, 286 (2001) (holding issue of whether court erred 
 in failing to suppress defendant’s custodial statement was not preserved despite 
 the court’s denial of suppression motion where defendant failed to make contemporaneous 
 objection when the statement was read into evidence).
AFFIRMED.
 HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1]        We decide this case without oral argument 
 pursuant to Rule 215, SCACR.